CONRAD OLSEN et al., Appellants, *v.* BROOKLYN ASH REMOVAL CO., INC., Respondent.

(Submitted April 15, 1935; decided April 23, 1935.)

*Frank M. Van Wagonen* for motion.
*Isidore Beerman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking within ten days, in which event the motion is denied.